UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF CALIFORNIA,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

Respondents.

No. 26-6109

Environmental Protection Agency

ORDER

The unopposed motion (Docket Entry No. 12) to stay appellate proceedings is granted in part. The briefing schedule is vacated.

Appellate proceedings other than mediation are stayed until resolution of *California v. EPA*, D.C. Cir. Dkt. No. 1:26-cv-02185-BAH, or until further order of this court.

Petitioner must file a status report on December 28, 2026, and every 90 days thereafter while resolution of *California v. EPA* remains pending. Status reports should include any change in the status of the case and the estimated date of resolution, if known.

Petitioner must file a status report and motion for further relief within 7 days after resolution of *California v. EPA*.

Failure to file a status report may terminate the stay of appellate proceedings.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT